IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIN MALLEY,                                                            CASE NO:

     Plaintiff,

vs.

TARGET CORPORATION,

     Defendant.

_____/

### DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL

Defendant Target Corporation (hereinafter "Defendant"), through its undersigned attorneys and pursuant to 28 U.S.C. § 1446, files with this Court a Notice of Removal of the above-captioned matter from the Seventh Judicial Circuit, in and for St. Johns County, Florida. In support of the removal of this action, Defendant states as follows:

1. Plaintiff Erin Malley has filed a civil action in the Circuit Court, Seventh Judicial Circuit, in and for St. Johns County, Florida, Case No. 20-CA-0385, for claimed injuries allegedly due to an incident in which Ms. Malley allegedly slipped and fell on the Defendant's premises on March 1, 2019 in St. Johns County, Florida. True and correct copies of all process and pleadings served by or upon Defendant, as provided by 28 U.S.C. § 1446(a), are attached hereto as Exhibit "A".

2. Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 and § 1441.

3. At the time of the incident alleged in Plaintiff's Complaint, Plaintiff was a citizen and resident of St. Johns County, Florida. (Complaint ¶2).

4.   Defendant, at all relevant times, has been a domiciliary of the State of Minnesota, is incorporated in Minnesota, and has its principal place of business in Minnesota.

5.   The Complaint alleges the damages "exceed Thirty Thousand Dollars ($30,000.00)." (Complaint ¶1).   Claimed damages include:   pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of a previously existing condition.   (Complaint ¶ 10). Plaintiff claims these losses are either permanent or continuing and will continue to be suffered in the future. (*Id.*).

6.   In response to Defendant's Request for Production, Plaintiff produced to Defendant medical records of Plaintiff from Premier Radiology, Touchton Surgery Center, Jax Spine and Pain Centers, A1 Imaging of St. Augustine, Pain Relief Centre, FM Medical of St. Augustine, and Integrity Spine and Orthopedics. Defendant is in possession of medical bills from the following, attached as Exhibit "B":

| | |
|---|---|
| Touchton Surgery Center | $125,000.00 |
| Jax Spine and Pain Centers | $      847.00 |
| A1 Imaging of St. Augustine | $     3,190.00 |
| Pain Relief Centre | $     6,490.65 |
| FM Medical of St. Augustine | $     1,851.75 |
| Integrity Spine and Orthopedics | $   43,358.00 |
| Shaya Medical P.C. | $      400.00 |
| **TOTAL** | **$181,137.40** |

9.   Based on the records provided, the Plaintiff is alleging injuries to her low back, left knee, left hip, left shoulder joint, neck, as well as headaches.

10.   The medical records reflect that on February 18, 2020, Plaintiff underwent a fusion at L5-S1 with insertion of cage, screws and flanges in conjunction with interbody arthrodesis at

Touchton Surgery Center with Dr. Michael Weiss. Touchton Surgery Center alone billed $125,000 for the surgery, and Dr. Michael Weiss (Integrity Spine and Orthopedics) billed $43,358.00 for the surgery.

11.     Defendant has filed this Notice of Removal within thirty (30) days of receipt of the Plaintiff's medical billing records, which revealed the amount in controversy exceeds $75,000.00. The Plaintiff's medical billing records were received by Defendant on May 19, 2020. Therefore, this Notice of Removal is timely.

12.   Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this removal to all parties and has filed a copy of this Notice of Removal in the Circuit Court, Seventh Judicial Circuit, in and for St. Johns County, Florida.

13.   The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the location of the State Court action.   Thus, Defendant may properly remove the State Court action to this District Court pursuant to 28 U.S.C. §1441(a).

14.   The amount in controversy in this case is greater than $75,000.00 exclusive of interest and costs, and there is complete diversity between the parties.  Therefore, this United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

15.   Pursuant to the rules of this Court, Defendant has submitted the $400.00 filing fee.

WHEREFORE, the Defendant respectfully requests that this Court accept the removal of this action from the Circuit Court, Seventh Judicial Circuit, in and for St. Johns County, Florida.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 11th day of June, 2020:

**Michael D. Marrese, Esquire**
Morgan & Morgan, P.A.
2601 North Ponce de Leon Blvd.
St. Augustine, FL 32084
Email: mmarrese@forthepeople.com;
jlow@forthepeople.com; jluciano@forthepeople.com
Telephone: 904-417-4170
Facsimile: 904-417-4171
*Attorneys for Plaintiff*

**SAALFIELD SHAD, P.A.**

**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
wdean@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
*Attorneys for Defendant*