IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIN MALLEY,

    Plaintiff,                               CASE NO.: 3:20-cv-00609-MMH-PDB

vs.

TARGET CORPORATION,

    Defendant.
_____/

## **<u>DEFENDANT'S MOTION FOR PHYSICAL MEDICAL EXAMINATION OF PLAINTIFF</u>**

Defendant, TARGET CORPORATION, by and through its undersigned attorneys and pursuant to Rule 35(a), hereby requests that the Court enter an order requiring the Plaintiff to submit to a physical examination by neurosurgeon Eric M. Gabriel, M.D., and in support thereof would state as follows:

1. This action involves a claim for injuries by the Plaintiff and the Plaintiff's physical condition is therefore in controversy. The examination shall be conducted by the above-named physician, with the assistance of his office staff. The scope of the examination shall include a physical examination related to areas of alleged injury from the accident described in the Plaintiff's Complaint, including but not limited to spinal complaints. It is expected the examination would include a history of the Plaintiff's present illness, her work status, medications, chief complaints, social history, and past medical and surgical

history. It is anticipated Dr. Gabriel would evaluate all specific areas of physical complaints related to Dr. Lawson by the Plaintiff, including spinal complaints. It is expected the examination would include evaluation of range of motion and muscle strength. The examination would also include a complete neurological examination including evaluation of muscle atrophy, reflexes and/or sensation.

2. Defendant requests this Court enter and Order requiring the Plaintiff to submit to a physical examination with neurosurgeon **Eric M. Gabriel, M.D.**, **of St. Vincent's Spine & Brain Institute, at Division of Neurosurgery, St. Vincent's Spine & Brain Institute, St. Vincent's Riverside Medical Center, 2 Shircliff Way, Suite 300, Jacksonville, Florida 32204, Telephone: 904-308-7742**. Defendant proposes the examination take place on **THURSDAY, JUNE 3, 2021 AT 12:30 PM**. A copy of Dr. Gabriel's Curriculum Vitae is attached hereto. Defendant will pay for any and all costs associated with the services performed by Dr. Gabriel.

3. Pursuant to Court Rule 3.01(g), Defendant has conferred with Plaintiff's counsel. Plaintiff has no objection to the examination.

## MEMORANDUM OF LAW

Pursuant to Rule 35, Fed.R.Civ.P., when a plaintiff's physical or mental condition is in controversy, the Court has the authority to order the plaintiff to submit to a physical examination by a suitably licensed or certified examiner. Defendant

asserts that because the Plaintiff has claimed she suffers from permanent residual injuries, the Plaintiff's physical condition in this matter is in controversy and that good cause exists for Defendant to be entitled to have a physical examination conducted by a board certified neurosurgeon. Specifically, the Plaintiff alleges she suffers continually with pain to her lumbar spine.

**WHEREFORE**, for the reasons outlined in this Motion, Defendant, Target Corporation, requests this Court enter an Order requiring the Plaintiff, ERIN MALLEY, to submit to an examination by Dr. Eric Gabriel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the following named addressees via email on this 25th day of May, 2021:

**Michael D. Marrese, Esquire**
Morgan & Morgan, P.A.
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
904-398-2722 (phone)
904-366-7677 (facsimile)
Email (Primary) mmarrese@forthepeople.com
Email (Secondary) jlow@forthepeople.com;
pcallaremi@forthepeople.com
*Attorneys for Plaintiff*

                         **SAALFIELD SHAD, P.A.**

                         /s/ Joseph B. Stokes, III
                         _____
                         **JOSEPH B. STOKES, III, ESQUIRE**
                         Florida Bar Number: 897183
                         Email (Primary) jstokes@saalfieldlaw.com

Email (Secondary) llovein@saalfieldlaw.com;
khosea@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
***Attorneys for Defendant***